# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

Rehearing No. 587

142267

CHARLOTTE HOFFNER,
   Plaintiff-Appellee,
   Cross-Appellant,
and

BLUE CROSS AND BLUE SHIELD OF
MICHIGAN,
   Plaintiff-Appellee,

v

RICHARD LANCTOE and LORI LANCTOE,
   Defendants-Appellants,
   Cross-Appellees,
and

PAMELA MACK, TIFFANY K. AHO, and
MOUSIE, INC., d/b/a FITNESS XPRESS,
   Defendants.

SC: 142267
COA: 292275
Gogebic CC: 08-000085-NO

_____/

On order of the Court, the motion for rehearing is considered, and it is DENIED.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant rehearing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2012

_____
Clerk

t0912